The Honorable BRIAN D. LYNCH
Chapter 7 Proceeding
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | |
|---|---|
| KATHLEEN MCGOWAN, | Bankruptcy Case No.: 13-40666 |
| Debtor, | UNCLAIMED DIVIDENDS MORE THAN $25 FOR DEPOSIT TO REGISTRY FUNDS |

| NAME AND LAST KNOWN ADDRESS | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Kathleen McGowan<br>7047 Cooper Point Rd. NW<br>Olympia, WA 98502 | | $3,509.00 | $3,509.00 |
| **TOTAL SUBMITTED:** | | | **$3,509.00** |

DATED this 8th day of October, 2015.

ORLANDINI & WALDRON, P.S.

/s/ Mark D. Waldron
Mark D. Waldron (WSBA #9578)
Attorney for Trustee

LAW OFFICES
ORLANDINI & WALDRON
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com