## Kathleen McGowan Bankruptcy
## Case #13-40666

### EXHIBIT "A"

| Description | Staff | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Review and set up file | Lilley | 04/25/2014 | .75 | $ 250.00 | $ 187.50 |
| Prepare 2013 tax return | Comfort | 04/26/2014 | 1.50 | $ 125.00 | 187.50 |
| Prepare applications | Lilley | 04/26/2014 | .50 | $ 250.00 | 125.00 |
| Review tax return | Lilley | 04/26/2014 | .50 | $ 250.00 | 125.00 |
| Review and assembly | Fields | 04/28/2014 | 1.00 | $ 70.00 | 70.00 |
| | | | TOTAL | | $ 695.00 |